CHRISTINE S. HWANG (SBN 184549)
PHIL A THOMAS (SBN 248517)
LEONARD CARDER, LLP
1188 Franklin St Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
pthomas@leonardcarder.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUSF FUNDS et al<br><br>Plaintiffs,<br>v.<br><br>BARRY FOSTER, et al.<br><br>Defendants | Case No. 3:10-cv-03407-JCS<br><br>**NOTICE OF INTENT TO MOVE FOR DEFAULT JUDGMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |

Plaintiffs hereby notify Defendants and the Court of their intent to move for default judgment on January 14, 2011. Plaintiffs will file their moving papers in due course.

Plaintiffs hereby request that the case management conference currently scheduled for November 12, 2010 be vacated, and rescheduled for some time after January 14, 2011.

Dated: November 2, 2010

Respectfully Submitted,
LEONARD CARDER LLP

Dated: Nov. 3, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

By: _____
Phil A Thomas
Attorneys for Plaintiffs

1

DECLARATION OF PHIL A THOMAS IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

# CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that the following is true and correct. Declarant is employed in the City and County of San Francisco, State of California. Declarant is over the age of eighteen years and is not a party to the within action. Declarant's business address is 1188 Franklin Street, Suite 201, San Francisco, California 94109. On November 2, 2010, declarant served the within **NOTICE OF INTENT TO MOVE FOR DEFAULT JUDGMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** on the undernoted by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in a United States Post Office mail box at San Francisco, addressed as follows:

BARRY FOSTER
ELECTRICIAL CONTRACTOR
1639 SAN PABLO AVENUE
BERKELEY, CA 94702

Executed at San Francisco, California on November 2, 2010.

_____
Mathilda Mendonca

