United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., | No. C 10-3407 SI |
| Plaintiffs, | **ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE , GRANTING APPLICATION FOR DEFAULT JUDGMENT** |
| v. | |
| BARRY FOSTER, et al., | |
| Defendants. | |

This Court has reviewed *de novo* plaintiff's Application for Default Judgment by Court seeking unpaid employee benefit contributions, liquidated damages and interest on unpaid or delinquent contributions, attorneys' fees and costs, and has considered the report and recommendation prepared by Magistrate Judge Joseph C. Spero (Docket No. 20). This Court fully concurs in Judge Spero's analysis, and adopts it in its entirety.

Plaintiff's application for default judgment is GRANTED. For the reasons set out by Judge Spero, plaintiffs will be awarded $42,216.39 in unpaid contributions, $3,618.78 in liquidated damages, $10,396.86 in interest, $6,976.00 in attorneys' fees, and $487.68 in costs.

**IT IS SO ORDERED.**

Dated: March 16, 2011

SUSAN ILLSTON
United States District Judge