IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IBEW LOCAL 595 TRUST FUNDS, et al.,                  No. C 10-3407 SI

        Plaintiffs,                                       **JUDGMENT**

  v.

BARRY FOSTER, et al.,

        Defendants.
_____/

Plaintiffs' application for default judgment is granted. Judgment in the amount of $42,216.39 in unpaid contributions; $3,618.78 in liquidated damages; $10,396.86 in interest; $6,976.00 in attorneys' fees; and $487.68 in costs, totaling $63,695.17, is awarded to plaintiffs and against defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 16, 2011

                                                           SUSAN ILLSTON
                                                           United States District Judge