CHRISTINE S. HWANG (SBN 184549)
SARA B. TOSDAL (SBN 280322)
ANNA L. SCHOLIN (SBN 283904)
LEONARD CARDER, LLP
1188 Franklin Street, Suite 201
San Francisco, CA 94109
Tel: (415) 771-6400/Fax: (415) 771-7010
chwang@leonardcarder.com
stosdal@leonardcarder.com
ascholin@leonardcarder.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBEW LOCAL 595 TRUST FUNDS, et al., | Case No. 3:10-cv-03407-SI |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] **ORDER** |
| BARRY FOSTER, et al., | |
| Defendants. | |

1  Having reviewed Plaintiffs' Request to Vacate the Debtor Examination, it is hereby
2  ORDERED that the judgment debtor examination of Defendant Barry Foster, scheduled before
3  this Court for Wednesday, February 5, 2014, be vacated.

5  IT IS SO ORDERED.

8  Dated:   February 3, 2014



Hon. N-
United

GRANTED
Judge Nathanael M. Cousins